**U.S. Department of Justice**

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/09/07

86 Chambers Street, 3rd Floor
New York, New York 10007

July 5, 2007

RECEIVED
JUL - 6 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**BY HAND**
The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

Re:  <u>Berroa v. United States</u>, 07 Civ. 3521 (DAB)

Dear Judge Batts:

The Government writes respectfully to request a thirty-day extension of time, from July 6, 2007, to August 3, 2007, to respond to the complaint in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 et seq. We make this request because this Office has not yet received the agency file from the Drug Enforcement Administration ("DEA"), and will require time to review the file in order to respond to plaintiffs' allegations.

granted
/DAB/

This is the Government's first request for an extension. Counsel for plaintiffs, Mark J. Linder, Esq., consents to the Government's request.

We thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

cc: MARK J. LINDER, ESQ. (By First Class Mail)
    Counsel for Plaintiffs
    Harmon, Linder & Rogowsky
    42 Broadway, Suite 1227
    New York, New York 10004

MEMO ENDORSED

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

July 6, 2007