JUL-05-2007  12:05

B4775

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JUAN BERROA and JESSYCA BERROA,

                Plaintiffs,

        v.

THE UNITED STATES OF AMERICA,
OLIVE SPENCER,
and ALEXANDER NAVARRO,

                Defendants.
------------------------------------------------------x

ECF CASE

07 Civ. 3521 (DAB)

**STIPULATION AND ORDER**

        WHEREAS on or about May 2, 2007, plaintiffs Juan Berroa and Jessyca Berroa ("plaintiffs") commenced this action ("the Action") against the United States of America ("the United States"), Olive Spencer, and Alexander Navarro;

        WHEREAS Olive Spencer is a fictitious name used by the Drug Enforcement Agency ("DEA") to register an official government vehicle;

        WHEREAS Alexander Navarro is an employee of the DEA;

        WHEREAS plaintiffs assert claims of negligence under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346, against the United States against Alexander Navarro for actions in the course of his employment arising from a motor vehicle accident on December 1, 2004;

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and the United States, by their respective counsel as follows:

1. The United States is the only proper defendant for claims of negligence brought pursuant to the FTCA, 28 U.S.C. § 2679(b)(1).

2. The Action against Olive Spencer and Alexander Navarro is dismissed with prejudice.

Dated: New York, New York
       July 5, 2007

By: _____
    MARK J. LINDER, ESQ.
    Attorney for Plaintiffs
    Harmon, Linder and Rogowsky
    42 Broadway, Suite 1227
    New York, New York, 10004
    Telephone: (212) 732-3665
    Facsimile: (212) 732-1462

Dated: New York, New York
       July 5, 2007

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for the United States of America

By: _____
    WENDY H. WASZMER
    Assistant United States Attorney
    86 Chambers Street
    New York, New York 10007
    Telephone: (212) 637-2729
    Facsimile: (212) 637-2717

SO ORDERED:

_____
DEBORAH A. BATTS   7/18/07
UNITED STATES DISTRICT JUDGE

- 2 -