USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 31 March 08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

RECEIVED
MAR 3 1 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 28, 2008

**BY HAND**
The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

MEMO ENDORSED

  Re:  Berroa v. United States, 07 Civ. 3521 (DAB)

Dear Judge Batts:

     I write on behalf of both parties in the above-referenced medical malpractice action respectfully to request a 30-day extension of the deadline for the close of discovery in this case.

     Discovery in this case is scheduled to close on March 31, 2008. The parties respectfully request an extension of the discovery deadline until April 30, 2008 because expert discovery regarding plaintiffs' injuries has not yet been completed. Plaintiff Jessyca Berroa was noticed for a physical examination on February 5, 2008. Ms. Berroa was not able to appear on that date, and the examination was subsequently rescheduled to March 25, 2008. This Office was notified on March 25 that Ms. Berroa would not be able to appear for the examination at the scheduled time due to traveling difficulties. A rescheduled examination has now been set for April 2, 2008. The parties therefore respectfully request an extension of the discovery deadline for this examination to proceed on April 2, for the parties to conduct expert depositions, and to resolve any outstanding discovery issues.

GRANTED
/DAB/

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
31 Mar 08