

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 24, 2008

**BY HAND**
The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 2510
New York, New York 10007

      Re:    Berroa v. United States, 07 Civ. 3521 (DAB)

Dear Judge Batts:

    I write on behalf of defendant the United States of America (the "Government") to respectfully request a two-week extension of time in which to complete expert discovery, from April 30, 2008 to May 14, 2008. The Government makes this request because the subpoena seeking the deposition of one of plaintiff's experts, Dr. Jerry Lubliner, was inadvertently sent to the incorrect address, and we are unable to arrange for his deposition by the April 30, 2008 deadline. In light of these circumstances, as well as the fact that the assigned Assistant, Wendy Waszmer, is out of the office until Monday, we respectfully request an additional two weeks to arrange for and complete the depositions of plaintiff's two expert witnesses.

GRANTED
/DAB/

    This is the Government's second request for an extension of the time to complete discovery. The first request, which was made on behalf of both parties, was granted by the Court on March 31, 2008. I have spoken with plaintiff's counsel, Mark Linder, Esq., and he consents to this request.

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/25/08